UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABRINA GENE COHN,<br><br>    Plaintiff,<br><br> v.<br><br>DCYF MONROE, *et al.*,<br><br>    Defendants. | Case No. C25-1915-RAJ<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Richard A. Jones.

Dated this <u>6th</u> day of October, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1