UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABRINA COHN,<br><br>               Plaintiff,<br><br>        v.<br><br>DCYF MONROE et al.,<br><br>               Defendants. | CASE NO. 2:25-cv-01915-LK<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

The Court STRIKES as procedurally improper Plaintiff Sabrina Cohn's [11] "Statement to the Court Regarding Native American Heritage and Treaty Rights" and [12] second "Statement to the Court Regarding Native American Heritage and Treaty Rights." It appears that Ms. Cohn is attempting to supplement her complaint with these documents, but a complaint is a *singular* filing that cannot be supplemented by subsequent extraneous filings. *See, e.g.*, Fed. R. Civ. P. 10, 15. Nor are "statements" permissible stand-alone filings with the Court. Because these documents are "not allowed by the Federal Rules of Civil Procedure, the Local Rules of this Court, or a direct

order of this Court," they are "fugitive document[s] and must be stricken from the record." *Johnson v. Holms*, No. 2:18- cv-00647-GMN-EJY, 2020 WL 9065891, at *1 (D. Nev. June 12, 2020) (citation modified).

Pro se litigants like Ms. Cohn are subject to the same procedural requirements as other litigants. *Muñoz v. United States*, 28 F.4th 973, 978 (9th Cir. 2022). This entails strict compliance with applicable law, including but not limited to the Federal Rules of Civil Procedure and Local Civil Rules. *See Chan v. Ryan*, No. 22-CV-01796-LK, 2023 WL 197429, at *4 (W.D. Wash. Jan. 17, 2023). The Court refers Ms. Cohn to the Federal Rules of Civil Procedure, available at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civilprocedure, the Local Civil Rules for the Western District of Washington, available at https://www.wawd.uscourts.gov/sites/wawd/files/032725%20WAWD%20Local%20Civil%20Rules%20-%20Clean.pdf, and the Western District of Washington's guide for pro se litigants, available at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

Failure to comply with applicable laws, rules, or orders may result in sanctions up to and including dismissal of the case altogether. 28 U.S.C. § 1651(a); *see also Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995) (per curiam) (failure of pro se litigant to follow procedural rules justified dismissal of civil rights action); *DeLong v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990). The Court will summarily strike future procedurally improper submissions.

The Clerk is directed to mail a copy of this Order to Ms. Cohn.

Dated this 3rd day of November, 2025.

Ravi Subramanian  
Clerk

/s/Natalie Wood  
Deputy Clerk

MINUTE ORDER - 2